ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 20 PM 1:07

CLERK M. A. Hill
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV206-112 |
| ) | |
| ONE 2001 MERCEDES-BENZ CLK430 ) | |
| COUPE, VIN WDBLJ70GX1F176499, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL

Comes now the Plaintiff, the United States of America and files this voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

This 20th day of October, 2006.

Respectfully submitted,

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Ruth H. Young
Assistant U.S. Attorney
Georgia Bar No. 198489

Post Office Box 8970
Savannah, GA 31412-8970
(912) 652-4422


APPROVED: This 23 day of October, 2006

Judge, U.S. District Court
Southern District Of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 OCT 23 P 3:09
CLERK
SO. DIST. OF GA.

13

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on *October 20*, 2006, a copy of the within United States of America's Notice of Dismissal was sent, via first-class U.S. mail, to:

>George L. Hoyt, Esq.
>418 West 15th Street
>Alma, GA 31510

>_____
>Ruth H. Young
>Assistant United States Attorney
>Georgia Bar No. 198489

Post Office Box 8970
Savannah, Georgia 31412-8970
(912) 652-4422